# VERIFIED RETURN OF SERVICE

Job # 288907

**Client Info:**

MALLOY & MALLOY, P.L.
JOHN CYRIL MALLOY, III, ESQUIRE
2800 S.W. THIRD AVENUE
MIAMI, FL 33129

**Case Info:**

**PLAINTIFF:**
GUSHILL INDUSTRIES, INC.
    -versus-
**DEFENDANT:**
PROVEN INDUSTRIES, INC., A FLORIDA CORPORATION, RONALD JAMES LEE II, AN INDIVIDUAL, AND DOES 1-20

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

Court Case # **8:19-CV-2770-T-23-AEP**

**Service Info:**

**Date Received: 11/22/2019** at **12:46 PM**
**Service:** I Served **RONALD JAMES LEE II**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF, AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; EXHIBITS**
by leaving with **RONALD JAMES LEE II, PERSONALLY**

**At Residence 309 STAR SHELL DRIVE APOLLO BEACH, FL 33572**
On **11/25/2019** at **08:30 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **35**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **185**, Hair: **Brown** Glasses: **No**

**Military Status:**

**Military Status = No**

I **OLIVER ILONZO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

*(signature)*

**OLIVER ILONZO**
Lic # **CPS#09-665551**

**CIVIL PROCESS PLUS**
7350 N.W. 77th Street
MIAMI, FL 33166

Client # 2019001348
Job # 288907




1 of 1