**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

GUSHILL INDUSTRIES, INC.,
a California corporation,

        Plaintiff,

vs.                                                                 Case No.: 8:19-cv-02770-SDM-AEP

PROVEN INDUSTRIES, INC., a Florida
corporation, RONALD JAMES LEE II,
an Individual, and DOES 1-20,

        Defendants.
_____/

**NOTICE OF COMPLIANCE WITH PRO HAC VICE REQUIREMENTS**

Pursuant to the Court's November 27, 2019 Order Granting Motion to Appear Pro Hac Vice (ECF No. 9), Attorneys Kevin Viau and Leila Sockolov, counsel for Plaintiff GusHill Industries, Inc., submit this Notice of Compliance with the special appearance to practice fee and electronic filing requirements as follows:

    1.    Kevin Viau and Leila Sockolov each paid their respective *pro hac vice* fees on November 26, 2019;

    2.    Kevin Viau and Leila Sockolov each obtained a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system.

//

//

Dated: December 18, 2019	Respectfully Submitted,

*/s/ Leila N. Sockolov*
Kevin Viau, CA Bar No. 275556
kviau@iplg.com
Leila Sockolov, CA Bar No. 282946
lsockolov@iplg.com
**Intellectual Property Law Group LLP**
1871 The Alameda, Suite 250
San Jose, California 95126
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
*Counsel for Plaintiff*
*GusHill Industries, Inc.*

and

John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
Jonathan R. Woodard
Florida Bar No. 96,553
jwoodard@malloylaw.com
**MALLOY & MALLOY, P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
*Local Counsel for Plaintiff*
*GusHill Industries, Inc.*