UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-cv-02770-SDM-AEP

GUSHILL INDUSTRIES, INC.,
a California Corporation

        Plaintiff,

vs.

PROVEN INDUSTRIES, INC.,
a Florida Corporation, RONALD JAMES
LEE II, an individual, and DOES 1-20,

        Defendants.        /
_____

## UNNOPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT [D.E. 15]

Defendants, Proven Industries, Inc. and Ronald James Lee II, pursuant to Fed. R. of Civ. P. 6(b), respectfully move this Court for a ten-day extension of time, through and including January 20, 2020, in which to file their response to Plaintiff's Amended Complaint [D.E. 15]. In support of this Motion, Defendants state:

1. Plaintiff's Amended Complaint was filed on December 26, 2019.

2. Since that time, counsel for Defendants has been engaged in meeting other imminent deadlines including hearings this entire week, and has also been out of town due to the holidays.

3. No prejudice will result to the Plaintiff if this brief extension of time is granted.

4. Accordingly, Proven Industries, Inc. and Ronald James Lee II respectfully request a ten-day extension of time, through and including January 20, 2020, in which to file their response to Plaintiff's Amended Complaint.

5. We have not previously requested any other extensions of time in this case.

6. This Motion is made in good faith and not for the purposes of delay. No party will be prejudiced by the extension.

### Rule 3.01(g) CERTIFICATION

We hereby certify that the undersigned has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion and has been advised that Plaintiff does not oppose the relief requested herein.

Respectfully submitted,

By: */s/ E. Adriana Kostencki*
Matthew S. Nelles
Florida Bar No. 009245
mnelles@nklawflorida.com
E. Adriana Kostencki
Florida Bar No. 84507
akostencki@nklawflorida.com
NELLES KOSTENCKI PLLC
Corporate Center
110 E. Broward Blvd, Suite 670
Fort Lauderdale, FL  33301
Telephone: (954) 246-4800
Facsimile: (954) 246-4900
*Attorneys for Defendants Proven Industries, Inc. and Ronald James Lee II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th of January, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record on the below service list.

By: */s/ E. Adriana Kostencki*
E. Adriana Kostencki

## SERVICE LIST

John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
Jonathan R. Woodard (Trial Counsel)
Florida Bar No. 96,553
jwoodard@malloylaw.com
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
*Local Counsel for Plaintiff*
*GusHill Industries, Inc.*

And

Kevin Viau, CA Bar No. 275556
kviau@iplg.com
Leila Sockolov, CA Bar No. 282946
lsockolov@iplg.com
Intellectual Property Law Group LLP
1871 The Alameda, Suite 250
San Jose, California 95126
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
**Pro Hac Vice pending*
*Lead Counsel for Plaintiff*
*GusHill Industries, Inc.*