UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUSHILL INDUSTRIES, INC.,

    Plaintiff,

v.                                                     CASE NO. 8:19-cv-2770-T-23AEP

PROVEN INDUSTRIES, INC., et al.,

    Defendants.
_____/

## **ORDER**

After Proven Industries moved (Doc. 13) to dismiss the complaint for failure to state a claim, Gushill Industries permissibly amended (Doc. 15) the complaint. Accordingly, the motion (Doc. 13) to dismiss is **DENIED AS MOOT**. Also, Proven Industries moves (Doc. 16) unopposed to extend the time within which to respond to the complaint. The unopposed motion (Doc. 16) is **GRANTED**. No later than **JANUARY 20, 2020**, Proven Industries must respond to the complaint.

ORDERED in Tampa, Florida, on January 14, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE