# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

GUSHILL INDUSTRIES, INC.,
a California corporation,
Plaintiff,

vs.

PROVEN INDUSTRIES, INC., a Florida
corporation, RONALD JAMES LEE II, an
individual, and DOES 1-20,
Defendants.

Case No.:  8:19-cv-02770-AEP

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action has been settled and the Parties hereby stipulate to its dismissal with prejudice, with each party to pay his or its own attorney's fees and costs.  The Parties further stipulate and agree for the Court to retain jurisdiction to enforce the Parties' settlement agreement, and that dismissal pursuant to Fed. R. Civ.  P. 41(a)(1)(A)(ii) is expressly conditioned upon the Court's entry of an order retaining such jurisdiction.  The Parties hereby request that the Court dismiss the action with prejudice and retain jurisdiction to enforce the Parties' settlement agreement.

1

Dated: July 14, 2020                      Respectfully submitted,

                                                        s/      /Mark J. Young/
                                                        Mark J. Young
                                                        Trial Counsel
                                                        Fla. Bar No. 0078158
                                                        myoungpa@gmail.com,
                                                        myoung@myoungpa.com

                                                        MARK YOUNG, P.A.
                                                        1638 Camden Avenue
                                                        Jacksonville, FL 32207
                                                        Tel.: 904-996-8099

                                                        Attorney for PROVEN INDUSTRIES,
                                                        INC. and RONALD JAMES LEE II


Dated: July 5, 2020                       */s/*      /Jenny Hong-Gonzalez/
                                                        Kevin Viau, CA Bar No. 275556
                                                        kviau@iplg.com
                                                        Jenny Hong-Gonzalez, CA Bar No. 297039
                                                        jhonggonzalez@iplg.com
                                                        **Intellectual Property Law Group LLP**
                                                        1871 The Alameda, Suite 250
                                                        San Jose, California 95126
                                                        Telephone: (408) 286-8933
                                                        Facsimile: (408) 286-8932
                                                        *Trial Counsel for Plaintiff*
                                                        *GusHill Industries, Inc.*

                                                                and

                                                        John Cyril Malloy, III
                                                        Florida Bar No. 964,220
                                                       jcmalloy@malloylaw.com
                                                        Meredith Frank Mendez
                                                        Florida Bar No. 502,235
                                                        mmendez@malloylaw.com
                                                        Jonathan R. Woodard
                                                        Florida Bar No. 96,553

jwoodard@malloylaw.com
**MALLOY & MALLOY, P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
*Local Counsel for Plaintiff*
*GusHill Industries, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the date set forth below, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

Dated: July 3, 2020                          s/     Mark J. Young
                                                         Mark J. Young
                                                         Fla. Bar No. 0078158
                                                         MARK YOUNG, P.A.
                                                         1638 Camden Avenue
                                                         Jacksonville, FL 32207
                                                         Tel.: 904-996-8099