UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUSHILL INDUSTRIES, INC.,

    Plaintiff,

v.   Case No. 8:19-cv-2770-T-AEP

PROVEN INDUSTRIES, INC., et all.,

    Defendants.
_____/

**ORDER**

The parties filed a Joint Stipulation of Dismissal with Prejudice, (Doc. 54), seeking to dismiss this action with prejudice without an award of fees or costs to any party. After consideration, the Joint Stipulation for Dismissal with Prejudice, (Doc. 54), is APPROVED. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE, without an award of fees or costs to any party. The Court shall maintain jurisdiction to enforce the terms of the settlement agreement until December 31, 2026. The Clerk is directed to terminate all deadlines and close the case.

DONE AND ORDERED in Tampa, Florida, on this 21st day of July, 2020.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record